906 A.2d 536

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Rodney SMITH, Appellee.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 2006.

Decided Sept. 29, 2006.

Michael Wayne Streily, Esq., Pittsburgh, for Commonwealth of Pennsylvania.

Kirk James Henderson, Esq., Allegheny County Public Defender's Office, Pittsburgh, for Rodney Smith.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

## *ORDER*

PER CURIAM.

The above-captioned appeal is dismissed. The limited question to be addressed was rendered moot by this Court's action in amending the Comment to Pa.R.E. 404(b)(2) on March 31, 2006.